UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.J. WU, DANIEL BERGMAN, ALNEIL ASSOCIATES, and MICHAEL GAD,  *Plaintiffs*,  v.  JOHN CRUMPTON STOMBER, WILLIAM ELIAS CONWAY, JR., JAMES H. HANCE, JR., MICHAEL J. ZUPON, ROBERT BARCLAY ALLARDICE, III, HARVEY JAY SARLES, JOHN LEONARD LOVERIDGE, CARLYLE INVESTMENT MANAGEMENT L.L.C., TC GROUP, L.L.C., TCG HOLDINGS, L.L.C., and CARLYLE CAPITAL CORPORATION, LTD.,  *Defendants*. | No. 1:11-cv-02287-JEB |

**MOTION TO DISMISS FOR DUPLICATIVENESS AND FOR FAILURE TO STATE A CLAIM, BY DEFENDANTS STOMBER, CONWAY, HANCE, ZUPON, ALLARDICE, SARLES, LOVERIDGE, CARYLYE INVESTMENT MANAGEMENT L.L.C., TC GROUP, L.L.C., and TCG HOLDINGS, L.L.C.,**

Defendants Stomber, Conway, Hance, Zupon, Allardice, Sarles, Loveridge, Carlyle Investment Management L.L.C., TC Group, L.L.C., and TCG Holdings, L.L.C. (the "Undersigned Defendants") hereby move, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), and pursuant to the Court's inherent authority, to dismiss all counts of the Complaint as against the Undersigned Defendants.

*First*, as explained more fully in the accompanying Memorandum of Law, the Complaint should be dismissed in its entirety as to the Undersigned Defendants because it is improperly duplicative of *Phelps et al. v. Stomber et al.*, No. 1:11-cv-01142-ABJ, an

earlier-filed case pending before the Hon. Amy Berman Jackson that involves substantially the same claims and parties.

*Second*, the Complaint should be dismissed in its entirety as to the Undersigned Defendants because plaintiffs have failed to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6), and have failed to plead their claims with the requisite particularity under Federal Rule of Civil Procedure 9(b).  Each of those grounds for dismissal will be explained more fully in the Undersigned Defendants' forthcoming motion to dismiss the complaint in *Phelps et al. v. Stomber et al.*, and its accompanying memorandum of law, to be filed on or before January 17, 2012. As noted above, the *Phelps* case includes the exact same claims being pursued here, as well as some additional claims, based on identical factual allegations.  The Undersigned Defendants will therefore rely on their *Phelps* memorandum of law in support of this Motion if the Court elects not to dismiss this case as duplicative of the *Phelps* case.

For each of these reasons, the Court should dismiss the Complaint in its entirety as to the Undersigned Defendants.

Dated: December 27, 2011

                                              Respectfully submitted,

By:     /s/ Gary A. Orseck_____
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
Gary A. Orseck (D.C. Bar No. 433788)
Alison C. Barnes (D.C. Bar No. 484184)
1801 K Street N.W., Suite 411-L
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
gorseck@robbinsrussell.com

*Counsel for Defendants Robert Barclay Allardice, III, Harvey Jay Sarles, and John Leonard Loveridge*

WILLIAMS & CONNOLLY LLP
Robert A. Van Kirk (D.C. Bar No. 430588)
Sarah F. Teich (D.C. Bar No. 979565)
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
rvankirk@wc.com

*Counsel for Defendants Carlyle Investment Management L.L.C., TC Group, L.L.C., TCG Holdings, L.L.C., William Elias Conway, Jr., John Crumpton Stomber, James H. Hance, and Michael J. Zupon*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

    /s/ Gary A. Orseck